IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LAWRENCE E. PETERSON, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MARVIN POLK, Warden, )<br>Central Prison, )<br>Raleigh, North Carolina, )<br>)<br>Respondent. ) | 1:03CV00651 |

_____

JUDGMENT

For the reasons stated in the Memorandum Opinion filed contemporaneously, IT IS ORDERED THAT Petitioner Lawrence E. Peterson, Jr.'s Petition for Writ of Habeas Corpus (Doc. # 2) is DENIED.

This the day of April 26, 2007

                                          /s/ N. Carlton Tilley, Jr.
                                          United States District Judge